UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, <br><br>        Plaintiff, <br>   v. <br> ESTHER HUNTE, <br><br>        Defendant. | No. 16-CV-8708 (KMK) <br><br> ORDER |

KENNETH M. KARAS, District Judge:

  The Court will hold a hearing on September 23, 2021 at 10:00 A.M. regarding the enforceability of the loan modification agreement. (*See* Pl.'s Decl. in Resp. to the Ct.'s Order To Show Cause 7–8 (Dkt. No. 66); *see also* Order (Dkt. No. 61).)

  The Clerk of the Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

DATED:   August 10, 2021
      White Plains, New York

                  _____
                  KENNETH M. KARAS
                  UNITED STATES DISTRICT JUDGE