**MEMO ENDORSED**



1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716) 204-1700
Fax (716) 204-1702
http://www.GrossPolowy.com/

September 15, 2021

Via ECF:
United States District Judge Kenneth M. Karas
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:         *Nationstar Mortgage LLC vs. Esther Hunte*
Civil Action #:    16-cv-8708

Dear District Judge Karas:

This Law Firm represents the Plaintiff. I am writing with respect to Your Honor's August 10, 2021 Order, according to which Your Honor scheduled a hearing on September 23, 2021 at 10:00 am regarding the enforceability of the loan modification agreement. The Plaintiff's witness is employed by the mortgage loan servicer Rushmore Loan Management Services, LLC and does not reside in New York. Rushmore's chief executive officer imposed travel restrictions on trial witnesses due to the COVID-19 pandemic. When the undersigned filed the Declaration on July 16, 2021 (Document #66) in which I proposed a hearing to determine the enforceability of the modification agreement, there were approximately 52,000 reported new COVID-19 cases and 357 reported deaths. On September 14, 2021, there were approximately 160,000 reported new cases and 2,652 reported deaths. I did not anticipate the pandemic would worsen at this magnitude. Based on the restrictions and pandemic, the Plaintiff respectfully requests the hearing be conducted virtually or adjourned to a date that is convenient for the Court and Defendant.

Thank you for your consideration and time.

Respectfully,

/SJV/
Stephen J. Vargas, Esq.

CC:
Esther Hunte
*Pro Se Defendant*
42 Brooker Drive
Newburgh, NY 12550

The hearing may proceed virtually. The Court will provide the details next week.
So Ordered.
/s/ KMK
9/17/21