UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>         Plaintiff,<br><br> v.<br><br>ESTHER HUNTE,<br><br>         Defendant. | No. 16-CV-8708 (KMK)<br><br>NOTICE OF VIDEO CONFERENCE INFORMATION |

KENNETH M. KARAS, United States District Judge:

  The Court will hold the hearing scheduled in the above-captioned case on September 23, 2021 at 12:30pm by video, using Zoom.  Counsel shall join the proceeding by accessing the platform through the website at https://zoom.us/join or by downloading the application, and entering the following information:

  Meeting ID:  889 4798 2900

  Passcode:  500923

SO ORDERED.

Dated: September 22, 2021
     White Plains, New York

                      KENNETH M. KARAS
                      United States District Judge